UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RONALD MOORE, | ) | |
| Plaintiff, | ) ) ) | 3:09-cv-00183-LRH (RAM) |
| v. | ) ) | O R D E R |
| COP, et al., | ) ) | |
| Defendants. | ) ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid (#5) entered on April 15, 2009, in which the Magistrate Judge recommends dismissal of the action with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#5); therefore, this action is dismissed with prejudice.

      The Clerk of the Court shall enter judgment accordingly.

      IT IS SO ORDERED.

      DATED this 20th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2